IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ELVIA LANIER, | ) |
| Plaintiff, | ) |
| v. | ) 1:10-0114 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

### O R D E R

Before the Court is Plaintiff's Motion for Attorney Fees, Document #21. Subsequent to the Plaintiff's filing of this motion, the parties submitted a Joint Motion For An Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412, Document #22. The Joint Motion indicates that the parties have reached an appropriate settlement for attorney fees and costs in the amount of $3,360.00 and said motion, Document #22, is **GRANTED**.

Accordingly, the Plaintiff Elvia Lanier is awarded $3,360.00 (three thousand three hundred sixty and 00/100) in attorney fees subject to any offset under the Treasury Offset Program 31 U.S.C. § 3716 and shall be mailed to Plaintiff's counsel and charged against the Defendant in this action. Plaintiff's Motion for Attorney Fees, Document #21, is **DENIED** as moot.

**IT IS SO ORDERED**.

_Thomas A. Wiseman, Jr._
Thomas A. Wiseman, Jr.
Senior U.S. District Judge