IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ELVIA LANIER, )
)
   Plaintiff, )
)
v. ) 1:10-0114
)
MICHAEL J. ASTRUE, Commissioner of )
Social Security, )
)
   Defendant. )

## O R D E R

Before the Court is Plaintiff's Motion for Attorney Fees, Document #21. Subsequent to the Plaintiff's filing of this motion, the parties submitted a Joint Motion For An Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412, Document #22. The Joint Motion indicates that the parties have reached an appropriate settlement for attorney fees and costs in the amount of $3,360.00 and said motion, Document #22, is **GRANTED**.

Accordingly, the Plaintiff Elvia Lanier is awarded $3,360.00 (three thousand three hundred sixty and 00/100) in attorney fees subject to any offset under the Treasury Offset Program 31 U.S.C. § 3716 and shall be mailed to Plaintiff's counsel and charged against the Defendant in this action. Plaintiff's Motion for Attorney Fees, Document #21, is **DENIED** as moot.

**IT IS SO ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge